1  AARON D. FORD
     Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
     Senior Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV 89701-4717
   Tel: (775) 684-1150
5  E-mail: DRands@ag.nv.gov

6  *Attorneys for Defendants Harold Wickham,
   Julio Calderin, Donald Burse,*
7  *Steve Sisolak and Aaron Ford*

```
___X___ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
                         COUNSEL/PARTIES OF RECORD

           JULY 28, 2023

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA

BY:_____DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN QUINTERO,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES DANIELS, et al.,<br><br>    Defendants. | Case No. 3:22-cv-00390-ART-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

   Plaintiff, John Quintero, in pro se, and Defendants, Harold Wickham, Julio Calderin, Donald Burse, Steve Sisolak and Aaron Ford by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the

///
///
///
///
///
///
///
///
///

1

Above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs. 11:30 AM

DATED this 8 day of June, 2023

By: _/s/ signature_
JOHN QUINTERO, #93782
Plaintiff Pro Se

DATED this 27th day of July, 2023

AARON D. FORD
Attorney General

By: _/s/ Douglas R. Rands_
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendant*

IT IS SO ORDERED.

_/s/ signature_
US DISTRICT JUDGE

DATED: July 28, 2023

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 27th day of July, 2023, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATION OF DISMISSAL WITH PREJUDICE,** to the following:

John Quintero
c/o John Swarr
2285 7th Street
Hayward, CA  94541

                                          */s/ Roberta W. Bibee*
                                          An employee of the
                                          Office of the Attorney General